AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, Robert B. | U.S. Court of Appeals, 4th Circuit | 05/07/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge - Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

300 Virginia Street, East
Suite 7602
Charleston, WV 25301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice Chairman, Board of Directors | WVU College of Law Alumni Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 05/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 05/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TimeWarner Inc. (common) | B | Dividend | L | T | | | | | |
| 2. Proctor & Gamble Co. (common) | C | Dividend | L | T | Sold (part) | 02/25/14 | K | D | |
| 3. | | | | | Buy (add'l) | 04/15/14 | J | | |
| 4. | | | | | Sold (part) | 12/11/14 | K | D | |
| 5. Intel Corp. (common) | C | Dividend | J | T | Sold (part) | 12/11/14 | J | C | |
| 6. Microsoft Corp. (common) | B | Dividend | | | Sold | 04/02/14 | K | D | |
| 7. Morgan Stanley Co. (common) | A | Dividend | L | T | Sold (part) | 09/08/14 | K | A | |
| 8. Starbucks Corp. (common) | B | Dividend | L | T | Sold (part) | 02/25/14 | K | D | |
| 9. | | | | | Sold (part) | 12/11/14 | J | A | |
| 10. Legg Mason Clearbridge Aggressive Growth Fund | A | Dividend | L | T | | | | | |
| 11. E.I. DuPont De Nemours & Co. (common) | A | Dividend | J | T | Buy (add'l) | 04/15/14 | J | | |
| 12. (H) Mineral interests, Tyler County, WV See below a - f | | None | | | | | | | |
| 13. - a. HG Energy, successor to East Resources, Inc. | B | Royalty | J | W | | | | | |
| 14. - b. Ergon Oil Purchasing | | None | J | W | | | | | |
| 15. - c. CNX Gas, successor to Conssol Gas Co. | | None | J | W | | | | | |
| 16. - d. Jay-Bee Production | C | Royalty | J | W | | | | | |
| 17. - e. BD Oil Gathering Corp. | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  - f. Texas Keystone, Inc. | A | Royalty | J | W | | | | | |
| 19.  - g. Petroedge Energy (X) | A | Royalty | J | W | | | | | |
| 20.  - h. Postrock Eastern Production | A | Royalty | J | W | | | | | |
| 21.  - i. American Energy - Marcellus | A | Royalty | J | W | | | | | |
| 22.  - j. Artero Resources Corp. | D | Royalty | J | W | | | | | |
| 23.  Mineral Interests, Doddridge County, WV | A | Royalty | J | W | | | | | |
| 24.  Mineral Interests, Wetzel County, WV | | None | J | W | | | | | |
| 25.  Time Warner Cable Inc. (common) | A | Dividend | L | T | | | | | |
| 26.  Time Inc. (common) (See Part VIII) | A | Dividend | | | Spinoff<br>(from line 25) | 06/12/14 | J | | |
| 27. | | | | | Sold | 08/26/14 | J | A | |
| 28.  AOL Inc. (common) | | None | | | Sold | 08/26/14 | J | A | |
| 29.  First Trust Value Index | A | Dividend | | | Sold | 03/21/14 | K | A | |
| 30.  Prudential Short Term Corp. Bond Z | A | Dividend | L | T | | | | | |
| 31.  Apple Inc. | A | Dividend | K | T | Buy<br>(add'l) | 09/25/14 | K | | |
| 32.  Pepsico | A | Dividend | K | T | | | | | |
| 33.  American Century Equity Income Fund | A | Dividend | L | T | | | | | |
| 34.  Blackrock Global Allocation Fund | A | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Prudential Global Real Estate Fund Class 2 | A | Dividend | K | T | Sold (part) | 02/04/14 | K | B | |
| 36. Prudential Short Term Corp. Bond Inc. Z | B | Dividend | L | T | Sold (part) | 03/25/14 | K | B | |
| 37. Home Depot Inc. | A | Dividend | | | Sold (part) | 03/21/14 | K | | |
| 38. | | | | | Sold | 07/01/14 | J | A | |
| 39. Pfizer Inc. | A | Dividend | | | Sold | 03/21/14 | K | | |
| 40. Hess Corp. | A | Dividend | K | T | Buy (add'l) | 09/25/14 | K | | |
| 41. Kraft Foods | A | Dividend | K | T | | | | | |
| 42. John Hancock Classic Value Fund | A | Dividend | | | Sold | 04/11/14 | J | | |
| 43. MSF Emerging Markets Debt Fund | A | Dividend | | | Sold | 01/08/14 | J | | |
| 44. Oakmark Intl. Fund | A | Dividend | | | Sold (part) | 01/08/14 | J | A | |
| 45. | | | | | Buy (add'l) | 03/25/14 | J | | |
| 46. | | | | | Sold | 04/11/14 | J | A | |
| 47. Facebook | | None | K | T | Sold (part) | 01/14/14 | K | D | |
| 48. Blackrock Equity Dividend Fund | A | Dividend | | | Buy | 03/25/14 | J | | |
| 49. | | | | | Sold | 04/11/14 | J | A | |
| 50. Cohen & Steers Realty Fund (See Part VIII) | A | Dividend | | | Sold | 04/11/14 | J | A | |
| 51. Lazard Emerging Markets | A | Dividend | | | Sold | 03/25/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mainstay Large Cap Growth Fund | A | Dividend | | | Sold | 04/11/14 | J | A | |
| 53. Neuberger Berman High Inc. Bond Fund | A | Dividend | | | Sold (part) | 01/08/14 | J | A | |
| 54. | | | | | Sold | 04/11/14 | J | A | |
| 55. Oppenheimer Rising Dividends Fund | A | Dividend | | | Sold | 03/25/14 | J | A | |
| 56. Principal Preferred Sec. Fund | A | Dividend | | | Sold | 01/08/14 | J | A | |
| 57. TCW Total Return Bond Fund | A | Dividend | | | Buy (add'l) | 01/08/14 | J | | |
| 58. | | | | | Sold | 04/11/14 | J | A | |
| 59. Walmart stores (Common) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 60. United Technology (Common) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 61. Raytheon (Common) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 62. Paychex Inc. (Common) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 63. Northrop Grumman Corp. (Common) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 64. | | | | | Sold (part) | 12/08/14 | J | A | |
| 65. Norfolk Southern (Common) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 66. McDonalds Corp. (Common) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 67. Linear Technology Corp. (Common) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 68. Johnson & Johnson (Common) | A | Dividend | J | T | Buy | 04/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Genuine Parts Co. (Common) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 70. Emerson Electric (Common) | A | Int./Div. | J | T | Buy | 04/15/14 | J | | |
| 71. Exxon Mobil (Common) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 72. CSX Corp. (common) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 73. Automatic Data (common) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 74. General Dynamics Corp. (common) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 75. | | | J | T | Sold (part) | 12/18/14 | J | A | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 05/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 26, Time Inc. - Acquired as stock dividend from TWX on 6/12/14. Sold on 8/26/14.

Line 50, Cohen & Steeers Realty Fund - 2013 report showed the asset was sold on 10/23/13. This should have been reported as a partial sale on 10/23/13. All of this asset was sold on 4/11/14.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert B. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544